# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| v. ) | CRIMINAL NO. 2:12-CR-172-DBH |
| ) | |
| NICOLE M. HELTON, ) | |
| ) | |
| DEFENDANT ) | |

## ORDER ON DEFENDANT'S REQUEST FOR EARLY TERMINATION OF SUPERVISED RELEASE

I have reviewed the defendant's request for early termination of supervised release, and I have reviewed the government's response.  I have also reviewed an email from the probation Officer informing me that two dates in the government's response—March 13 and 20, 2015, should both be calendar year 2014—and that the Probation Office had provided the inaccurate dates to the government.  Correcting the dates accordingly, I congratulate the defendant on her apparently remaining drug-free after March of 2014 and urge her to continue to remain drug-free.  I nevertheless conclude that it is premature to terminate the defendant's supervision at this time.

SO ORDERED.

DATED THIS 23RD DAY OF JUNE, 2015

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
UNITED STATES DISTRICT JUDGE